On the Merits.
A child who has raised his or her hand to strike, or who has actually struck, a parent, may be disinherited by the parent. Civ. Code, art. 1621. But, in order to disinherit such child, the testator must set forth the cause of disinherison in the will, and.the other heirs must prove the facts on which it is founded. Otherwise it is null. Civ. Code, art. 1624.
The testatrix was 87 years of age when she died. Her will, in nuncupative form by public act, was made 2 years prior to her death. Her statement in the will is that she had been abused and struck by hey daughter 5 years prior thereto. At that time she was approximately 80 years of age. The judge a quo did not believe that the daughter sought to be disinherited was guilty of thb reprehensible acts charged against her. Nor do we. As the result of a quarrel, in which she struck her daughter on the head and arm with a heavy stick she was carrying, and which was removed from her grasp by her grandson, the aged testatrix evidently became obsessed with the idea that she, and not her daughter, was the one abused and struck; hence the statement to that effect in her will.
For the reasons assigned, the judgment appealed from is affirmed.